```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 64001
    MATTHEW E THOMAS SR
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1365

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 12/15/2005 and was confirmed 03/06/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was paid in full 02/13/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
 CNI NATIONAL MORTGAGE CO  CURRENT MORTG    19072.49            .00      19072.49
 AMERICAN HOME MTG         NOTICE ONLY      NOT FILED           .00           .00
 CODILIS & ASSOCIATES ^    NOTICE ONLY      NOT FILED           .00           .00
 NATIONAL CITY BANK        SECURED             500.00         17.06        500.00
 NATIONAL CITY BANK        SPECIAL CLASS   NOT FILED           .00           .00
 WELTMAN WEINBERG & REIS   NOTICE ONLY      NOT FILED           .00           .00
 FIRST MADISON             CURRENT MORTG         .00           .00           .00
 ECAST SETTLEMENT CORP     UNSEC W/INTER      826.81         72.31        826.81
 ECAST SETTLEMENT CORP     NOTICE ONLY      NOT FILED           .00           .00
 HOUSEHOLD  BANK           NOTICE ONLY      NOT FILED           .00           .00
 CNI NATIONAL MORTGAGE CO  MORTGAGE ARRE    2185.59            .00       2185.59
 JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     908.04          63.60        908.04
 ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,418.00                     2,418.00
 TOM VAUGHN                TRUSTEE                                       1,426.98
 DEBTOR REFUND             REFUND                                        2,820.68

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
 TRUSTEE               30,311.56

 PRIORITY                                            .00
 SECURED                                       21,758.08
     INTEREST                                      17.06
 UNSECURED                                      1,734.85
     INTEREST                                     135.91
 ADMINISTRATIVE                                 2,418.00
 TRUSTEE COMPENSATION                           1,426.98
 DEBTOR REFUND                                  2,820.68
                        ---------------    ---------------
 TOTALS                 30,311.56               30,311.56

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 64001 MATTHEW E THOMAS SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/28/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |